UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NYOKA EVANS,<br><br>                              Plaintiff,<br><br>              -against-<br><br>RELIANCE STANDARD LIFE INSURANCE<br>COMPANY & LULULEMON USA INC.<br>SHORT-TERM DISABILITY PLAN,<br><br>                              Defendants. | 26-CV-2423 (JGLC)<br><br>ORDER OF SERVICE |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under the Employment Retirement Income Security Act of 1974 ("ERISA"), alleging that her short-term disability benefits were unlawfully terminated. By separate order, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

**A.      Service on Reliance Standard Life Insurance Company**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

To allow Plaintiff to effect service on Defendants Reliance Standard Life Insurance Company through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this defendant.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

**B.      Service on Lululemon USA Inc. Short-Term Disability Plan**

The USMS cannot service individuals or entities in other countries. *See Cross v. State Farm Ins. Co.*, No. 3:10-CV-1179, 2011 WL 13234729, at *2 n.3 (N.D.N.Y. Nov. 7, 2011). To allow Plaintiff to serve Lululemon USA Inc. Short-Term Disability Plan, which is located in Canada, the Clerk of the Court is instructed to issue a summons for this defendant, and to send a copy of the summons and a copy of the complaint to this defendant by certified mail. *See* Fed. R. Civ. P. 4(f)(1), (h)(2) (authorizing service on individuals or other entities in other countries pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention")).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**CONCLUSION**

The Clerk of Court is directed to issue a summons for Reliance Standard Life Insurance Company, complete the USM-285 form with the address for this defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

2

3

The Clerk of Court is further directed to send a copy of the summons and a copy of the complaint to Lululemon USA Inc. Short-Term Disability Plan, by certified mail, return receipt requested, at: 1818 Cornwall Avenue, Vancouver, BC, Canada V6J 1C7.

The Clerk of Court is also directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:    March 31, 2026
          White Plains, New York

_____
JESSICA G. L. CLARKE
United States District Judge

3

**SERVICE ADDRESS FOR DEFENDANT**

Reliance Standard Life Insurance Company
2001 Market Street
Philadelphia, PA 19103